UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANSELL HEALTHCARE, INC., ANSELL HEALTHCARE PRODUCTS, LLC. and VERO NATIONAL MARINE INSURANCE COMPANY LTD.,<br><br>　　　　　Plaintiffs,<br>vs.<br><br>MAERSK LINE, UTI UNITED STATES, INC., UTI WORLDWIDE CO. LTD and DOES 1 Through 20, inclusive<br><br>　　　　　Defendants. | Case No.: 07 CIV 7715 (VM) |

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable Judges and Magistrates of this Court to evaluate possible disqualification or recusal, the undersigned counsel for UTi, United States, Inc., certifies that it is not publicly held. However, its parent company UTi, Worldwide, Inc. is publicly held.

Dated: New York, New York
　　　　September 24, 2007

　　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　**HYMAN, SPECTOR & MARS, LLP.**
　　　　　　　　　　　　　　　　　　　　　　Museum Tower, 27th Floor
　　　　　　　　　　　　　　　　　　　　　　150 W. Flagler Street
　　　　　　　　　　　　　　　　　　　　　　Miami, Florida 33130
　　　　　　　　　　　　　　　　　　　　　　Tel: (305) 371-4244
　　　　　　　　　　　　　　　　　　　　　　Fax: (305) 371-5930

　　　　　　　　　　　　　　　　　　　　　　　　　　-and-

**KAPLAN, VON OHLEN & MASSAMILLO, LLC.**
555 Fifth Avenue, 15 Floor
New York, New York 10017
Tel: (212) 922-0450
Fax: (212) 922-0530

By: _____
ANTHONY W. ECKERT III, ESQ.
(AWE-7949)

*Attorneys for Defendant,*
*UTI, UNITED STATES, INC.*

TO: Edward M. Katz, Esq.
Attorney for Plaintiffs
9402 Warren's Way
Wanaque, New Jersey 07465

# AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK    )
                     ) ss:
COUNTY OF NEW YORK   )

Brenda Martinez, being duly sworn deposes and says that deponent is not a party to the action, is over 18 years of age and resides in Queens County.

On the 24th day of September 2007, deponent served the within **RULE 7.1 DISCLOSURE STATEMENT** upon:

> Edward M. Katz
> 9402 Warren's Way
> Wanaque, New Jersey 07465

the address designated by said attorney by depositing same enclosed in a properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Office within the State of New York.

_____
Brenda Martinez

Sworn to before me this
24th day of September, 2007

_____
Notary Public

ANTHONY W. ECKERT III
Notary Public, State of New York
No. 02EC4989528
Qualified in New York County
Commission Expires Dec. 9, 20 09