# EXHIBIT "A"

# JNITAINER

 UTi

**L OF LADING** 5661017549    "SEA WAYBILL"

**IPPER** (Principal or Seller-licensee and address)

THAI NIPPON RUBBER INDUSTRY CO., LTD.
THE MILLENNIA TOWER, UNIT 2303,
23RD FLOOR, 62 LANGSUAN RD., LUMPINI
PATHUMWAN, BANGKOK 10330, THAILAND

**BOOKING NUMBER**
510916473

**EXPORT REFERENCES**
430398

**NSIGNEE** (Non-Negotiable unless consigned to order)

ANSELL HEALTHCARE INC.
301 WAREHOUSE DR. SUITE 1
DOTHAN, ALABAMA 36303
USA. PHONE:334-702-3404

**FORWARDING AGENT** (References)

**POINT AND COUNTRY OF ORIGIN**
THAILAND

**TIFY PARTY/INTERMEDIATE CONSIGNEE** (Name and address)

1. UTI UNITED STATES INC. ATTN: BOB PERSILY
2975 KENNEDY BLVD, JERSEY CITY NEW JERSEY
USA 07306 ANSELLJEC@GO2UTI.COM TEL:201-
656-5200 FAX:201-222-7861 2.ANELL ***

**ROUTING INSTRUCTIONS**

AGENT:
UTI UNITED STATES INC
2975 KENNEDY BLVD
JERSEY CITY, NEW JERSEY 07306
UNITED STATES OF AMERICA
Ph: 00112016565200

**:APE SCOTT** V.0627 **LAEM CHABANG,***
PORT CARRIER (Vessel, voyage, flag)   PORT OF LOADING

**IETTE MAERSK** V.0613 **LAEM CHABANG,***
RT OF DISCHARGE   FOR TRANS-SHIPMENT TO

SAVANNAH, GA-USA    DOTHAN, AL-USA

TO OBTAIN DELIVERY, CONTACT:
"AS ABOVE"

| MARKS AND NUMBERS | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS PARTICULARS FURNISHED BY SHIPPER | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| *** HEALTHACARE PRODUCTS ATTN:PAT COLE 1635 INDUSTRIAL ROAD DOTHAN AL 36303 USA PCOLE@ANSELL.COM TEL:334-615-2516 FAX:334-615-2572 3.ANSELL HEALTHCARE PRODUCTS ATTN:TARA DONNELL 1300 WALNUT STREET COSHOCTON, OHIO USA 43812 ** | | All Costs, charges, liabilities and delays resulting from emergency quarantine from wood and wooden packaging or from insufficient or improper labeling of non-wooden packaging is for the account of the customer.<br><br>**TDONNELL@ANSELL.COM | | |

FREIGHT RATES, CHARGES, WEIGHTS AND/OR MEASUREMENTS SUBJECT TO CORRECTION

FREIGHT COLLECT AS ARRANGED

Received by Carrier for shipment by ocean vessel between port of loading and port of discharge, and for arrangement procurement of pre-carriage from place of receipt and on-carriage to place of delivery, where stated above, the goods as specified above in apparent good order and condition unless otherwise stated. The goods to be delivered at the above mentioned port of discharge or place of delivery, whichever applicable, subject always to the exceptions, limitations, conditions and liberties set out on the reverse side hereof, to which the Shipper and/or Consignee agree to accepting this Bill of Lading.
IN WITNESS WHERE OF three(3) original Bills of Lading have been signed, not otherwise stated above one of which being accomplished the others shall be void.

DATED AT Bangkok
By _____
Agent for the Carrier

| B/L NO | MO | DAY | YEAR |
|---|---|---|---|
| 5661017549 | September | 4 | 2006 |

**alue**   AD VALOREM CARGO : Value of goods may be declared provided merchant gives prior notice and agrees to pay greater freight on ad valorem basis. See clause 31 back hereof.

ORIGINAL

# BILL OF LADING-TERMS AND CONDITIONS

1. (a) Except as otherwise provided herein, this Bill of Lading shall have effect subject to the provisions of the Carriage of Goods by Sea ACT of the United States of America, approved April 16, 1936, which shall be deemed a surrender by the Carrier of any of its rights or immunities or an increase of any of its responsibilities or liabilities under said act. This provisions stated in said Act (except as otherwise specifically provided herein) shall govern before loading on and after discharge from the vessel and through out the entire time the Goods are in the custody of the Carrier if this Bill of Lading is issued or delivered in a locality where there is in force a compulsorily applicable Carriage of Goods by Sea Act, Ordinance or Statute of a nature similar to the International Convention for the Unification of Certain Rules Relating to Bills of Lading dated at Brussels, August 25, 1924, it shall be subject to the provisions of said Act, Ordinance or Statute and rules thereto annexed.

(b) The Carrier shall be entitled to the full benefit of and right to all limitations of or exceptions from liability authorized by any provisions of Sections 4281 to 4288 inclusive of the Revised Statutes of the United States and amendments thereto and of any other provisions of the laws of the United States or of any other country whose laws shall apply.

2. In this Bill of Lading

(a) "Carrier" means and includes the Carrier named on the face side hereof, the vessel, her owner, Master, operator, demise charterer and if bound hereby, the time charterer and any substitute Carrier whether the owner operator charterer or Master shall be acting as carrier or bailee.

(b) "Vessel" means and includes the ocean vessel on which the Goods are shipped named on the face hereof, or any substitute vessel, also any feedership, ferry barge, lighter or any other watercraft used by the Carrier in the performance of this contract.

(c) "Merchant" means and includes the shipper, the consignee, the receiver, the holder of this bill of lading, the owner of the Goods or person entitled to the possession of the Goods and the servants or agents of any of these.

(d) "Charges" means and includes freight and all expenses and money obligations incurred and payable by the Merchant.

(e) "Goods" means and includes the cargo received from the shipper and described on the face side hereof and any Container not supplied by or on behalf of the Carrier.

(f) "Container" means and includes any container van trailer transportable tank flat pallet or any similar article of transport.

[illegible]

19. UTI Worldwide Co., Ltd. has a policy against payment; solicitation, or receipt of any rebate; directly or indirectly; which would be unlawful under the U.S. Shipping Act of 1916 as amended.