# EXHIBIT "B"

Case 1:07-cv-07715-VM   Document 4-3   Filed 10/31/2007   Page 1 of 3





RA 042 761 728 US



LAW OFFICES OF
**MARTIN L. GRAYSON**
P.O. BOX 32072
LONG BEACH, CALIFORNIA 90832-2702

UTI Worldwide Co. Ltd.
252/125-6  27th Floor
Muang Thai-Phatra office Tower
2 Ratchadapisek Road
Huaykwang,
Bangkok  01320 Thailand

