**EXHIBIT "A"**

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return this card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    UTI Worldwide
    % Avalon Risk Mgmt
    150 Northwest Point Blvd
    Elk Grove Village
    IL   60007

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X PADETT ARTPACHON     ☐ Agent
                          ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☒ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)   RR 3 5 955 786 US

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M