# EXHIBIT "B"



c/o Avalon Risk Management, Inc.
Authorized agent on behalf of UTI, United States, Inc.
150 Northwest Point Boulevard
4th Floor
Elk Grove Village, IL 60007
Phone: 847-700-5125
Direct Fax: 847-264-2785
Fax: 847-700-5117

## ASSIGNMENT OF RIGHTS

To: Mr. Martin L. Grayson
For and on behalf of Ansell Products

Dear Mr. Grayson

| | |
|---|---|
| RE: | UTI, United States, Inc. |
| Bill of Lading: | 5661017549 |
| Maersk Bill of Lading: | MAEU510916473 |
| Claim: | Cape Scott V.0627 – Water Damage September 4, 2006 |
| Your Reference Number: | 0257 07 3002 |
| Avalon Claim Number: | ARMUT-0002803 |

In consideration of you refraining from taking action or instituting proceedings against UTI, United States, Inc. or any of its agents or employees, on behalf of UTI United States Inc. we hereby assign fully to you all rights of claim and recovery arising under the Maersk Bill of Lading (numbered as above) against that carrier in respect of the above referenced loss.

Yours faithfully,

*Michele McGrath*

Michele McGrath
Avalon Risk Management, Inc.
For and on behalf of
UTI, United States, Inc

UTI, United States, Inc.