# EXHIBIT "C"



c/o Avalon Risk Management, Inc.
Authorized agent on behalf of UTI, United States, Inc.
150 Northwest Point Boulevard
4th Floor
Elk Grove Village, IL 60007
Phone: 847-700-8125
Direct Fax: 847-264-2785
Fax: 847-700-8117

## ASSIGNMENT OF RIGHTS

To:  Mr. Martin L. Grayson
For and on behalf of Ansell Products

Dear Mr. Grayson

| RE: | UTI, United States, Inc. |
|---|---|
| Bill of Lading: | 5681017849 |
| Maersk Bill of Lading: | MAEU510916473 |
| Claim: | Cape Scott V.0627 – Water Damage September 4, 2006 |
| Your Reference Number : | 0257 07 3002 |
| Avalon Claim Number: | ARMUT-0002803 |

In consideration of you refraining from taking action or instituting proceedings against UTI, United States, Inc. or any of its agents or employees, on behalf of UTI United States Inc. we hereby assign fully to you all rights of claim and recovery arising under the Maersk Bill of Lading (numbered as above) against that carrier in respect of the above referenced loss.

Yours faithfully,

*Michele McGrath*

Michele McGrath
Avalon Risk Management, Inc.
For and on behalf of
UTI, United States, Inc

UTI, United States, Inc.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   UTI Worldwide
   % Avalon Risk Mgmt
   150 Northwest Point Blvd
   Elk Grove Village
   IL    60007

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  PADETT ARTPACHON     ☐ Agent
                           ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☒ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

Article Number
(Transfer from service label)   RR 315 955 786 US

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M