**KAPLAN, VON OHLEN & MASSAMILLO, LLC**

555 FIFTH AVENUE
15TH FLOOR
NEW YORK, NEW YORK 10017
TELEPHONE (212) 922-0450
FACSIMILE (212) 922-0530
www.kvolaw.com

CHICAGO OFFICE
120 NORTH LASALLE STREET
24TH FLOOR
CHICAGO, ILLINOIS 60602
TELEPHONE (312) 345-3000
FACSIMILE (312) 345-3119

January 4, 2008

**By ECF**

District Judge Hon. Victor Marrero
United States District Judge
United States Courthouse
500 Pearl St., Room 660
New York, NY 10007

   Re: **Ansell Healthcare, et. al. v. Uti, United States, Inc., et. al.**
     **07 CIV. 7715 (VM)**
     **Our File No. 440707-16010**

Dear Honorable Sir,

  We are co-counsel for defendants UTi United States, Inc. in this matter. Please allow this to serve as a motion for an enlargment of time for defendant UTi to file a reply to Plaintiff's Opposition to Defendant's Motion to Quash Service of Process and/or for Order of Dismissal, from January 4, 2008, to January 14, 2008. The reason for this request is that Defendants did not receive plaintiff's main Exhibit to its opposition, namely a Declaration of Counsel in Thailand. Moreover, Defendants have been unable access this Exhibit through the ECF docket system.

  We have attempted to contact plaintiff's counsel, Edward Katz, Esq., but have been unsuccessful.

  Thank you for your attention to this matter.

             Respectfully submitted,

             KAPLAN, von OHLEN & MASSAMILLO, LLC

             By: _____
                Anthony W. Eckert III

cc: Edward M. Katz, Esq. (By Facsimile)
   Marc Rubin, Esq. (By Facsimile)