KAPLAN, VON OHLEN & MASSAMILLO, LLC

555 FIFTH AVENUE

15TH FLOOR

NEW YORK, NEW YORK 10017

TELEPHONE (212) 922-0450

FACSIMILE (212) 922-0530

www.kvolaw.com

CHICAGO OFFICE
120 NORTH LASALLE STREET
24TH FLOOR
CHICAGO, ILLINOIS 60602
TELEPHONE (312) 345-3000
FACSIMILE (312) 345-3119

January 4, 2008

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-7-08
```

**By ECF**

District Judge Hon. Victor Marrero
United States District Judge
United States Courthouse
500 Pearl St., Room 660
New York, NY 10007

Re: Ansell Healthcare, et. al. v. Uti, United States, Inc., et. al.
07 CIV. 7715 (VM)
Our File No. 440707-16010

Dear Honorable Sir,

We are co-counsel for defendants UTi United States, Inc. in this matter. Please allow this to serve as a motion for an enlargment of time for defendant UTi to file a reply to Plaintiff's Opposition to Defendant's Motion to Quash Service of Process and/or for Order of Dismissal, from January 4, 2008, to January 14, 2008. The reason for this request is that Defendants did not receive plaintiff's main Exhibit to its opposition, namely a Declaration of Counsel in Thailand. Moreover, Defendants have been unable access this Exhibit through the ECF docket system.

We have attempted to contact plaintiff's counsel, Edward Katz, Esq., but have been unsuccessful.

Thank you for your attention to this matter.

> Request GRANTED. The time for defendants UTi United States to reply to the Motion to quash service of process herein is extended to 1-14-08
>
> SO ORDERED:
> 1-4-08
> DATE    VICTOR MARRERO, U.S.D.J.

Respectfully submitted,

KAPLAN, von OHLEN & MASSAMILLO, LLC

By: _____
Anthony W. Eckert III

cc: Edward M. Katz, Esq. (By Facsimile)
Marc Rubin, Esq. (By Facsimile)