58-08/WDM
FREEHILL, HOGAN & MAHAR
Attorneys for Defendant
MAERSK LINE
80 Pine Street, 24th Floor
New York, New York 10005-1759
(212) 425-1900
William L. Juska, Jr. (WJ0772)
Wayne D. Meehan (WM9102)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
ANSELL HEALTHCARE, INC., ANSELL
HEALTHCARE PRODUCTS, INC. and VERO          07 CV 7715 (VM)
NATIONAL MARINE INSURANCE                    ECF CASE
COMPANY,
        Plaintiffs,

    -against-                                               **RULE 7.1 STATEMENT**

MAERSK LINE, UTI UNITED STATES, INC.,
UTI WORDLWIDE CO. LTD. and DOES 1
through 20, inclusive,

        Defendants.
------------------------------------------------------x

    Defendant, MAERSK LINE, by and through its attorneys, Freehill Hogan & Mahar, certifies that it has no corporate parents and that no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
       February 4, 2008

                          FREEHILL, HOGAN & MAHAR LLP
                          Attorneys for Defendant
                          MAERSK LINE

       By: _____
                          William L. Juska, Jr. (WJ0772)
                          Wayne D. Meehan (WM9102)
                          80 Pine Street
                          New York, New York 10005-1759
                          (212) 425-1900