STATE OF NEW YORK )
:ss
COUNTY OF NEW YORK)

    I, CLARE MAZZA, being sworn, say; I am not a party to the action, am over 18 years of age and reside at 80 Pine Street, New York, New York 10005. On February 4, 2008 I served the within ANSWER via ECF and by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

TO:  EDWARD M/ KATZ, ESQ.
      Attorneys for Plaintiffs
      9402 Warren's Way
      Wanaque, N.J. 07465
      (973) 706-7916

_____
CLARE MAZZA

Sworn to before me on
this 4th day of February, 2008

_____
Notary Public

HAZEL S. ROSENTHAL
Notary Public, State of New York
No. 01RO4641178
Qualified in Queens County
Certified in New York County
Commission Expires Dec. 31, 2010

NYDOCS1/298337.1