58-08/WDM
FREEHILL, HOGAN & MAHAR
Attorneys for Defendant
MAERSK LINE
80 Pine Street, 24th Floor
New York, New York 10005-1759
(212) 425-1900
Wayne D. Meehan  (WM9102)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
ANSELL HEALTHCARE, INC., ANSELL
HEALTHCARE PRODUCTS, INC. and VERO
NATIONAL MARINE INSURANCE
COMPANY,

          Plaintiffs,

  -against-

MAERSK LINE, UTI UNITED STATES, INC.,
UTI WORDLWIDE CO. LTD. and DOES 1
through 20, inclusive,

          Defendants.
------------------------------------------------------x

07 CV 7715 (VM)
ECF CASE

**NOTICE OF APPEARANCE**

SIRS:

    Please enter the appearance of the undersigned attorney on behalf of Defendant MAERSK LINE in connection with the above captioned action to receive ECF notices in the above matter. I certify that I am admitted to practice in this Court.

DATED:    New York, New York
              February 4, 2008

Respectfully submitted,

FREEHILL, HOGAN & MAHAR LLP
Attorneys for Defendant
MAERSK LINE
By: _____
Wayne D. Meehan (WM9102)
80 Pine Street
New York, New York 10005-1759
(212) 425-1900

TO:    EDWARD M. KATZ, ESQ.
Attorneys for Plaintiffs
9402 Warren's Way
Wanaque, N.J. 07465
(973) 706-7916