STATE OF NEW YORK )

                                        ss

COUNTY OF NEW YORK)

     I, CLARE MAZZA, being sworn, say; I am not a party to the action, am over 18 years of age and reside at 80 Pine Street, New York, New York  10005.  On February 6, 2008 I served the within NOTICE OF APPEARANCE via ECF and by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

    TO:   EDWARD M/ KATZ, ESQ.
          Attorneys for Plaintiffs
          9402 Warren's Way
          Wanaque, N.J.  07465
          (973) 706-7916

_____
              CLARE MAZZA

Sworn to before me on
this 6th day of February, 2008

_____
     Notary Public

        HAZEL S. ROSENTHAL
     Notary Public, State of New York
        No. 01RO4641176
       Qualified in Queens County
      Certified in New York County
   Commission Expires Dec. 31, 2010