```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
ANSELL HEALTHCARE, INC., et al.    :
                                   :   07 Civ 7715
                    Plaintiffs,    :
                                   :
     - against -                   :   NOTICE OF CONFERENCE
                                   :
MAERSK LINE et al.,                :
                                   :
                    Defendants.    :
---------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

      All parties are advised that a conference before Judge Marrero has been scheduled for July 25, 2008 at 9:15 a.m. in Courtroom 20B at the United States Courthouse, 500 Pearl Street, New York, New York.

      Requests for adjournment of the conference will be considered only if made in writing and otherwise in accordance with Judge Marrero's Individual Practices.


**SO ORDERED.**

Dated:    New York, New York
          30 June 2008

                                   Victor Marrero
                                      U.S.D.J.


USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-30-08