```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
ANSELL HEALTHCARE, INC. et al.,      :
                                     :   07 Civ. 7715 (VM)
                Plaintiffs,          :
                                     :   CONDITIONAL
     - against -                     :   ORDER OF DISCONTINUANCE
                                     :
MAERSK LINE et al.,                  :
                                     :
                Defendants.          :
------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

Counsel for plaintiffs, on behalf of the parties, having notified the Court, by letter dated July 23, 2008, a copy of which is attached, that the parties have reached an agreement in principle to settle this action without further litigation, it is hereby

**ORDERED**, that this action be conditionally discontinued without prejudice and without costs; provided, however, that within thirty (30) days of the date of this Order, the parties may submit to the Court their own Stipulation of Dismissal for the Court to So Order. Otherwise, within such time counsel for plaintiff may apply by letter for restoration of the action to the active calendar of this Court in the event by the deadline indicated the settlement is not consummated. Upon such notification, the defendant shall continue to be subject to the Court's jurisdiction, the Court shall promptly reinstate the action to its active docket and the parties shall be directed to appear before the Court, without the necessity of additional process, on a date within thirty days of the

plaintiff's application for reinstatement, to schedule remaining pre-trial proceedings and/or dispositive motions, as appropriate. This Order shall be deemed a final discontinuance of the action with prejudice in the event plaintiff has not requested restoration of the case to the active calendar within such period of time.

The conference scheduled for July 25, 2008 is canceled but shall be rescheduled as set forth above in the event plaintiff notifies the Court that the parties' settlement was not effectuated and that such conference is necessary to resume pretrial proceedings herein.

The Clerk of Court is directed to close this case.

**SO ORDERED.**

Dated:   NEW YORK, NEW YORK
         23 July 2008

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　VICTOR MARRERO
　　　　　　　　　　　　　　　　　　　　　　　U.S.D.J.

**EDWARD M. KATZ, ESQ.**
9402 WARREN'S WAY
WANAQUE, NEW JERSEY 07465
(973) 706-7916
e-mail: emklaw@Aol.com

July 23, 2008

Fax to: (212) 805-6382

Hon. Victor Marrero
United States District Judge
Souther District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: Ansell et al v. Maersk Line & UTI United States, Inc.
Civil Action No.: 07-cv-7715 (VM)

Dear Judge Marrero:

The Court has scheduled a conference on this matter for Friday, July 25, 2008 at 9 a.m. I represent the plaintiffs. The parties have concluded an agreement wherein the defendants offered and the plaintiffs have accepted the sum of $47,500 in full satisfaction of all claims set forth in the complaint. Releases were recently provided to plaintiffs for signature and settlement funds have been requested. We anticipate that the releases will be executed and payment of the settlement sum will be completed within thirty days.

The parties respectfully request that Friday's conference be cancelled and that the Court mark the matter settled subject to the parties filing a stipulation of discontinuance within thirty days.

Very truly yours

Edward M. Katz, Esq.
Counsel for Plaintiffs

To: Gina Venezia, Esq.
Freehill, Hogan & Mahar
Counsel for Maersk
Fax #: (212) 425-1901

Marc A. Rubin, Esq.
Hyman Spector & Mars, LLP
Counsel for UT United States
Fax #: (305) 37 -5930

Anthony W. Eckert, III, Esq.
Kaplan, Van Olden & Massamillo, LLC
Fax #: (212) 922-0530